No. 88–5054.   SULLIVAN *v.* SULLIVAN.   Appeal from Sup. Ct. Tex.   Motion of appellant for leave to proceed *in forma pauperis* denied.   Appellant is allowed until October 24, 1988, within which to pay the docketing fee required by Rule 45(a) and to submit a statement as to jurisdiction in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would dismiss the appeal for want of jurisdiction and, treating the papers whereon the appeal would be taken as a petition for writ of certiorari, deny the petition for writ of certio-

rari without reaching the merits of the motion to proceed *in forma pauperis*.